IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY GLASSMAN,

        Petitioner,                      No. CIV S-07-2043 LKK EFB P

        vs.

JAMES, YATES, et al.,

        Respondents.                 ORDER

_____/

       Petitioner, a state prisoner without counsel, has filed a petition for writ of habeas corpus. The pleading appears to challenge conditions of confinement at Pleasant Valley State Prison. That institution is located in Fresno County. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number; and

////

////

////

////

1

1  3. The new case number is _____. All future filings shall bear the
2  new case number and shall be filed at:

3          United States District Court
        Eastern District of California
4          2500 Tulare Street
        Fresno, CA 93721
5

6  DATED: October 12, 2007.

7                      /s/ Edmund F. Brennan
                    EDMUND F. BRENNAN
8                      UNITED STATES MAGISTRATE JUDGE