# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY GLASSMAN,<br><br>        Petitioner,<br><br>  vs.<br><br>JAMES YATES, et al.,<br><br>        Respondents.<br>_____/ | 1:07-cv-01495-AWI-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **October 24, 2007**                                        **/s/ Theresa A. Goldner**
                                                                                     UNITED STATES MAGISTRATE JUDGE